**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 01-CR-30098-MJR |
| ) | |
| **OSIE B. ABRAM,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**REAGAN, District Judge:**

On January 13, 2009, the United States Probation Office for the Southern District of Illinois filed a petition to modify Abram's conditions of supervised release due to his unemployment status (Doc. 51). A hearing regarding the modification of supervised release was held on March 6, 2009 (Doc. 63). The Court directed Probation to monitor Abram's employment status and advise the Court as to whether the petition should be dismissed.

Probation has since contacted the Court and informed the undersigned District Judge that Abram is employed. As a result, Probation requests that the petition be withdrawn. The Government has notified the Court that it concurs with Probation's recommendation.

Accordingly, the Court hereby permits Probation to **WITHDRAW** the petition to modify conditions of supervised release (Doc. 51), and the petition shall be terminated on the docket sheet.

**IT IS SO ORDERED.**

**DATED this 3d day of April 2009.**

> s/ Michael J. Reagan
> **MICHAEL J. REAGAN
> United States District Judge**